UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEILA OSTREICHER, a/k/a BELLA OSTREICHER,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

                Defendants.

**ORDER**

20-CV-01215 (PMH)

PHILIP M. HALPERN, United States District Judge:

The oral argument scheduled for 2:45 p.m. on October 29, 2020 is hereby adjourned to 3:30 p.m. on November 19, 2020. The location remains the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007. At that date and time, oral argument will be heard on Discover Bank's pending motion to dismiss <u>as well as</u> the motions for judgment on the pleadings that will be filed by U.S. National Bank and Experian Information Solutions, Inc. on or before October 28, 2020.

All members of the public, including attorneys, appearing at the Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Dated:  New York, New York
         October 14, 2020

                                             PHILIP M. HALPERN
                                             United States District Judge