UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEILA OSTREICHER, a/k/a BELLA OSTREICHER,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

                Defendants.

**ORDER**

20-CV-01215 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 14, 2020, the Court "So Ordered" a Stipulation of Dismissal with Prejudice between Plaintiff Beila Ostreicher a/k/a Bella Ostreicher ("Plaintiff") and Defendant JP Morgan Chase Bank, N.A. ("Chase"), pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 69). Under the terms of that stipulation, Plaintiff's claims against Chase were "discontinued in their entirety, with prejudice, and without costs to any party." (*Id.*).

Accordingly, by operation of that agreement, Chase's motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) is denied as moot. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 57.

                **SO ORDERED:**

Dated: New York, New York
         November 17, 2020

_____
PHILIP M. HALPERN
United States District Judge