UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEILA OSTERICHER,
a/k/a BELLA OSTREICHER,

                          Plaintiff,

        -against-                                20 **CIVIL** 1215 (PMH)

## JUDGMENT

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2020, and for the reasons indicated on the record and the law cited therein, Discover's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Doc. 53), and U.S. Banks and Experian's separate motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) (Docs. 81, 84), are GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        November 20, 2020

                                                                      RUBY J. KRAJICK

                                                                      Clerk of Court
                                    BY:

                                                                   Deputy Clerk